UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CR17-DJS |
| ) | |
| **DEREK ANDREW TAYLOR,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #19] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motions to suppress [Docs. #13, #14 & #15] are denied.

/s/Donald J. Stohr
**UNITED STATES DISTRICT JUDGE**

**Dated:** 3/12/08